**Opinion issued November 1, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00931-CV

————————————

## IN RE RALPH O. DOUGLAS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION[1]

Proceeding *pro se*, Ralph O. Douglas asks this Court to issue a writ of mandamus compelling the trial court to reinstate the underlying case on its active docket and rule on relator's motion for default judgment.

We deny relator's petition for writ of mandamus.

---

[1]     Relator has identified the underlying case as *Ralph O. Douglas v. Kermit Kyle*, No. 2003-24729 in the 11th District Court of Harris County, Texas, the Honorable Mike Miller presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.